

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00305-CV

KNIQUEZIA JONES, FORMERLY
KNIQUEZIA MADDOX, Appellant

V.

MILTON E. MADDOX, Appellee

§   On Appeal from the 231st District
§   Court

§   of Tarrant County (231-652571-18)

§   December 16, 2021

§   Per Curiam Memorandum Opinion

## JUDGMENT

This court has considered the record on appeal in this case and holds that the

appeal should be dismissed.  It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM